FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2020 JAN -9 P 4: 05

Carol L. Michel
~~WILLIAM W. BLEVINS~~
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

## SUPERSEDING BILL OF INFORMATION
## FOR VIOLATIONS OF THE FEDERAL CONTROLLED SUBSTANCES ACT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 19-035 |
| v. | * | SECTION: H |
| LANCE COLLINS | * | VIOLATIONS: 21 U.S.C. § 841(a)(1) |
| | | 21 U.S.C. § 841(b)(1)(C) |
| | * | 21 U.S.C. § 846 |

\* \* \*

The First Assistant United States Attorney, Michael M. Simpson, as the Attorney for the United States, acting on the authority conferred by Title 28, United States Code, Section 515, (hereinafter, "the Attorney for the United States") charges that:

### COUNT 1

(Conspiracy to Distribute Controlled Substances)

Beginning on a date unknown, but prior to January 1, 2017, and continuing to on or about the date of the Indictment in this case, in the Eastern District of Louisiana and elsewhere, the defendant, **LANCE COLLINS**, and other persons known and unknown, did knowingly and intentionally combine, conspire, confederate and agree with each other and with others to distribute and possess with the intent to distribute a mixture and substance containing a detectable amount

___ Fee_____
_X_ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

of heroin, a Schedule I drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C); all in violation of Title 21, United States Code, Section 846.

## NOTICE OF DRUG FORFEITURE

1. The allegations of Count 1 of this Superseding Bill of Information are re-alleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the offenses alleged in Count 1, the defendant, **LANCE COLLINS**, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Count 1 of this Superseding Bill of Information.

3. If any of the property subject to forfeiture pursuant to Paragraph 2 of this Notice of Forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in violation of Title 21, United States Code, Section 853.

MICHAEL M. SIMPSON
Attorney for the United States
Acting Under the Authority
Conferred by 28 U.S.C. § 515

MYLES RANIER
Assistant United States Attorney
Louisiana Bar Roll No. 30029

New Orleans, Louisiana
January 9th, 2020

3

No. 19-35

# United States District Court

## FOR THE

EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

vs.

LANCE COLLINS

SUPERSEDING BILL OF INFORMATION FOR VIOLATIONS OF THE FEDERAL CONTROLLED SUBSTANCES ACT

Violation(s):
18 U.S.C. § 841(a)(1), 18 U.S.C. § 841(b)(1)(C), 18 U.S.C. § 846

Filed _____, 20 19

_____, Clerk.

By _____

_____, Deputy

_____
Assistant United States Attorney
MYLES D. RANIER